# Luzerne County Poor District, Appellant, *v.* Jenkins Township Poor Directors.

*Poor law—Appeals—Maintenance of the poor—Act of March* 16, 1868, *P. L.* 46.

The Act of March 16, 1868, P. L. 46, providing for writs of error to the judgment of the courts of quarter sessions on appeals from orders of removal of paupers does not apply to the decree of the court of quarter sessions for the payment of money expended in the maintenance and support of paupers removed.

Argued Jan. 16, 1903. Appeal, No. 36, Jan. T., 1903, by plaintiff, from order of Q. S. Luzerne Co., discharging rule to compel payment of money for the support of an insane pauper in case of Central Poor District of Luzerne County v. Directors of the Poor of Jenkins Township, Pittston Borough and Pittston Township. Before BEAVER, SMITH, W. W. PORTER, W. D. PORTER and MORRISON, JJ. Appeal quashed.

Rule to show cause why the defendant should not pay or refund to the plaintiff the sum of $676.28 expended by the plaintiff for the support and maintenance of James O'Donnell, an insane pauper.

The court in an opinion by WHEATON, J., discharged the rule.

*Error assigned* was the order of the court.

*D. L. O'Neil*, for appellant.

*Cormac Francis Bohan*, for appellee.

PER CURIAM, February 11, 1903:

This is an appeal from the order of the court of quarter sessions of Luzerne county, discharging a rule to show cause why the appellee should not pay to the appellant certain moneys expended for the support and maintenance of one James McDonnell, an insane pauper removed from the state hospital for the insane at Danville, where he had been placed by the appellee, to Retreat, the home maintained by the appellant for the

maintenance of its poor persons. The facts are fully recited in the opinion of the court discharging the rule.

We are asked to quash the appeal " on the ground that the Act of March 16, 1868, P. L. 46, providing for 'writs of error to the judgment of the courts of quarter sessions on appeals from orders of removal of paupers' does not apply to decrees of the quarter sessions for the payment of money incurred in the maintenance and support of paupers removed." This question was distinctly ruled in Poor District of Green Township v. Poor District of Highland Township, 5 Pa. Superior Ct. 199, in which the question is fully considered and where Directors of the Poor of Perry County v. Overseers of the Poor of Chillisquaque Township, 110 Pa. 153, is followed, in which latter case the Act of April 15, 1867, P. L. 84, upon which the appellant relies, is construed against its contention. There would seem to be no room for discussion in view of these authorities. Appeal quashed.